

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00198-CV

**IN THE INTEREST OF E.H.G.** II et al, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2002-CI-16712
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  September 22, 2010

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal from the trial court's denial of his request that the trial court sign a judgment nunc pro tunc. The denial of a motion to correct a judgment nunc pro tunc is not a final judgment and not subject to appeal. *Shadowbrook Apartments v. Abu-Ahmad*, 783 S.W.2d 210, 211 (Tex. 1990). Therefore, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant responded acknowledging that we lack jurisdiction. We dismiss the appeal.

PER CURIAM